IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WINFIELD SOLUTIONS, LLC,

                Plaintiff,

      v.                                   Case No. 17-cv-942-slc

W S AG CENTER, INC.,
W. KENT GANSKE and
JULIE L. GANSKE,

                Defendants.

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Winfield Solutions, LLC against defendants W S Ag Center, Inc., W. Kent Ganske and Julie L. Ganske, jointly and severally, in the amount of $1,524,461.15.

_s/V.Olmo, Deputy Clerk_
Peter Oppeneer, Clerk of Court

5/17/2019
Date